UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-against-

Pablo Valtierra Mata

-CR-    ( )( )

20 MAG 12114

Defendant(s).
-------------------------------------------------------------------X

Defendant _Pablo Valtierra Mata_____ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or ___ teleconferencing:

_O_   Initial Appearance Before a Judicial Officer

_X_   Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___   Bail/Detention Hearing

___   Conference Before a Judicial Officer


_Pablo Valtierra Mata/ern_____          _G R M_____

Defendant's Signature                      Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_Pablo Valtierra Mata_____               _ERIC Bresler_____

Print Defendant's Name                     Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

_12/22/20_____                    _____

Date                                       U.S. District Judge/U.S. Magistrate Judge