```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/27/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

UNITED STATES OF AMERICA,

            -against-

PABLO VALTIERRA MATA,

            Defendant(s).
----------------------------------------------------------------X

CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE

20-CR-659 ( )

Defendant __PABLO VALTIERRA MATA__ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or ___ teleconferencing:

___ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

_✓_ Conference Before a Judicial Officer

_Pablo Valtierra Mata/ERB_     _[signature]_
Defendant's Signature            Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

__PABLO VALTIERRA MATA__     __ERIC R. Breslin__
Print Defendant's Name          Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

__1/27/21__                         __[signature]__
Date                                U.S. District Judge/U.S. Magistrate Judge