UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Pablo Valtierra Mata

Defendant(s).
-------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20-CR-659 ( )( ) (CM)

Defendant __Pablo Valtierra Mata__ hereby voluntarily consents to participate in the following proceeding via _✔_ videoconferencing or _e_ teleconferencing:

___ Initial Appearance Before a Judicial Officer

_✔_ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

_e_ Conference Before a Judicial Officer

_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

__Pablo Valtierra Mata__
Print Defendant's Name

_____
Defendant's Counsel's Signature

__Eric R. Breslin__
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

__3/8/21__
Date

_____
U.S. District Judge/U.S. Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/8/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20 -CR- 659   (CM)

JORGE ESPINO HERNANDEZ

                              Defendant(s).
-------------------------------------------------------------------X

Defendant _ JORGE ESPINO HERNANDEZ __ hereby voluntarily consents to participate in the following proceeding via _x_ videoconferencing or _x_ teleconferencing:

___    Initial Appearance Before a Judicial Officer

_X_    Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Bail/Detention Hearing

_x_    Conference Before a Judicial Officer

/s/
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

JORGE ESPINO HERNANDEZ
Print Defendant's Name

_____
Defendant's Counsel's Signature

Donald Yannella, Esq.
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

3/8/2021
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/8/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Jose Herrera

Defendant(s).
-------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20    -CR- 659 ( ) ( )

Defendant __Jose Herrera__ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or _X_ teleconferencing:

___ Initial Appearance Before a Judicial Officer

_X_ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

___ Conference Before a Judicial Officer

_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**Jose Herrera**
Print Defendant's Name

_____
Defendant's Counsel's Signature

**Marc L. Greenwald**
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

3/8/2021
Date

_____
U.S. District Judge/U.S. Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/8/21