# Duane Morris®

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
LOS ANGELES
TAIWAN
BOSTON
HOUSTON
AUSTIN
HANOI
HO CHI MINH CITY

SHANGHAI
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR
OMAN
A GCC REPRESENTATIVE OFFICE
OF DUANE MORRIS

ALLIANCES IN MEXICO
AND SRI LANKA

ERIC R. BRESLIN
DIRECT DIAL +1 973 424 2063
PERSONAL FAX. +1 973 556 1552
E-MAIL: ERBreslin@duanemorris.com

www.duanemorris.com

July 19, 2021

**VIA ECF**

Honorable Colleen McMahon
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/27/21

Re:   **United States v. Valtierra-Mata, No. 20-cr-00659(CM)**

Dear Judge McMahon:

I write to respectfully follow up on my January 29, 2021 request to staff one of my associates, Arletta Bussiere, on this case to bill for her time and appear on behalf of Mr. Valtierra-Mata. (ECF 15). As previously noted, Ms. Bussiere has experience as a second chair at trial, and I expect that she will considerably assist in providing the best defense for Mr. Valtierra-Mata in the most cost-effective manner.

For the Court's convenience, we have included a "So Ordered" line should the Court grant our request. Thank you for your consideration.

Respectfully submitted,

/s/ Eric R. Breslin

Eric R. Breslin

cc: All Counsel of Record (Via ECF)

**SO ORDERED**   _/s/ Colleen McMahon_   7/27/21
Honorable Colleen McMahon, U.S.D.J.

DUANE MORRIS LLP   A DELAWARE LIMITED LIABILITY PARTNERSHIP                           GREGORY R. HAWORTH, RESIDENT PARTNER

ONE RIVERFRONT PLAZA, 1037 RAYMOND BLVD., SUITE 1800                PHONE +1 973 424 2000   FAX +1 973 424 2001
NEWARK, NJ 07102-5429