20 CR 659-02 (CM)

For the reasons stated in this motion, I move the court for a reduction in sentence under 18 U.S.C. § 3582(c)(2) and Amendment 821 to the Federal Sentencing Guidelines. I declare under penalty of perjury that the facts stated in this motion are true and correct.

Respectfully submitted this _____, 11 JANUARY, 2025

/s/ Pablo Valtierra Matta
Signature of Defendant

MR. PABLO VALTIERRA MATTA
Printed Name

#87669-180
BOP No.

USMCFFP SPRINGFIELD
Federal Correctional Institution (if applicable)

PO BOX 4000
Address

SPRINGFIELD, MISSOURI 65801-4000
City, State & Zip Code

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
4/15/2025

156

MEMO ENDORSED

4/11/25

The motion for a sentencing reduction pursuant to 18 USC 3582(c)(2) and USSG Amendment 821 is denied. This is the third time defendant has requested relief pursuant to Amend 821. Defendant is not entitled to relief under the amendment. (See Docket Entries # 154 and 155.)

Copies mailed / faxed / handed to counsel on 4/15/2025

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

United States of America,
*Plaintiff*,

v.

PABLO VALTIERRA MATA,
*Defendant*.

USMCFP SPRINFIELD
Place of Confinement

#87669-180
Federal Register Number

1:S220CR00659-002
Criminal Case Number

**Defendant's Motion for Reduction of Sentence pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 821 to the Federal Sentencing Guidelines:**

__X__  Based on U.S.S.G. § 4C1.1 Adjustment for Zero-Point Offenders (for those assessed zero criminal history points at sentencing)

_____  Based on U.S.S.G. § 4A1.1(d) & (e) Criminal History Category (for those who received "status" points for being under a criminal justice sentence at the time of the offense)

## Questionnaire

1. Name and location of court that entered the sentence that you are asking to reduce:

   U.S. DISTRIC COURT. SOUTHERN DISTRICT OF NEW YORK

2. Date(s) of sentence and judgment of conviction:

   09-29-2022

3. Are you currently in prison for this sentence?

   __X__ Yes   _____ No

4. If so, when is your projected date of release? ____05-14-2027____

5. Are you currently on supervised release?   _____ Yes   __X__ No

6. Are you currently in prison because you violated your supervised release for the conviction and sentence identified in response to Questions No. 1 and 2?

   _____ Yes   __X__ No

1

7. Is your case currently on appeal? _____ Yes  _X_ No

8. Offense(s) for which you were convicted (all counts):

    21:841,960 DRUG-METH; 21:846,841(B)(1)(B) NARCOTICS CONSPIRACY
    _____

    _____

    _____

9. In calculating the applicable sentencing guideline range, were you assessed any criminal history points (U.S.S.G. § 4A1.1)?

    _____ Yes  _X_ No  _____ Not Sure

9a. **If the answer to Question 9 is "No," check the box for all statements that apply to your conviction and sentence:**

    ☐ I received criminal history points from Chapter Four, Part A;

    ☐ I received an adjustment under § 3A1.4 (Terrorism);

    ☐ I used violence or credible threats of violence in connection with the offense;

    ☐ the offense resulted in death or serious bodily injury;

    ☐ the instant offense of conviction is a sex offense;

    ☐ I personally caused substantial financial hardship;

    ☐ I possessed, received, purchased, transported, transferred, sold, or otherwise disposed of a firearm or other dangerous weapon (or induced another participant to do so) in connection with the offense;

    ☐ the instant offense of conviction is covered by § 2H1.1 (Offenses Involving Individual Rights);

    ☐ I received an adjustment under § 3A1.1 (Hate Crime Motivation or Vulnerable Victim) or § 3A1.5 (Serious Human Rights Offense);

    ☐ I received an adjustment under § 3B1.1 (Aggravating Role) and was engaged in a continuing criminal enterprise, as defined in 21 U.S.C. § 848; or

    ☒ none of the statements above applies to my case.

2

10. **If the answer to Question 9 is "Yes,"** were you assessed criminal history points for being "under any criminal justice sentence, including probation, parole, supervised release, imprisonment, work release, or escape status" at the time of the offense (a.k.a. "status points") (U.S.S.G. § 4A1.1(d))?

    \_\_\_\_ Yes    \_X\_ No    \_\_\_\_ Not Sure

11. **If the answer to Question 10 is "Yes,"** how many criminal history points were assessed in total, including the "status points"?

    _____ Criminal History Points

12. If you were sentenced on or after April 5, 2023, did the Court provide the benefit of the "status points" or "zero-point offenders" amended guidelines at your sentencing hearing prior to the effective date?

    \_X\_ Yes    \_\_\_\_ No    \_\_\_\_ Not Sure

13. List any good conduct that occurred after your original sentencing hearing or any other mitigating circumstances that you would like the Court to be aware of in deciding whether you should receive a sentence reduction (for example, participating in a drug treatment program, or completing your GED or another degree).

    HOBBY CRAFT: WORK OLDERLY: AND MULTIPLES CLASSES INCLUDING

    OF REQUIRED BY BOP AND THE CASE MANAGER

3